

## NUMBER 13-92-00645-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**WOLCO ENERGY, INC.,**                                                              **Appellant,**

**v.**

**TEJAS FLUIDS, INC.,**                                                              **Appellee.**

### On appeal from the County Court at Law No. 1
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on April 8, 1993, due to the bankruptcy of one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.  Since the abatement there has been no activity in this appeal.  On July 2, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Appellee responded to the order by informing the Court that the appeal should be dismissed as per the Court's notice to the parties. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 30th day of July, 2009.